JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC , <br><br> Plaintiff, <br><br> vs. <br><br> Eduardo Enrique Plasencia, et al, <br><br> Defendants. | CASE NO. 8:20-cv-02065-WDK-JC <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS EDUARDO ENRIQUE PLASENCIA AND CLOUD 9 SPORTS BAR OC, INC. |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants EDUARDO ENRIQUE PLASENCIA, individually and d/b/a KEG SLUGGERS SPORTS BAR and CLOUD 9 SPORTS BAR OC, INC. an unknown business entity d/b/a KEG SLUGGERS SPORTS BAR that the above-entitled action is hereby dismissed **with prejudice** against EDUARDO ENRIQUE PLASENCIA and CLOUD 9 SPORTS BAR OC, INC.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:20-cv-02065-WDK-JC
PAGE 1

1  **IT IS SO ORDERED**:                    SACV-20-2065-WDK

                    *[signature]*            Dated: 7-30-21

**The Honorable William D. Keller
United States District Court
Central District of California**

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:20-cv-02065-WDK-JC
PAGE 2